UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HANFORD ATOMIC METAL TRADES COUNCIL; IBEW LOCAL 984,<br><br>                    Plaintiffs,<br><br>          v.<br><br>WASHINGTON RIVER PROTECTION SOLUTIONS, LLC,<br><br>                    Defendant. | No.  4:CV-14-5008-EFS<br><br>**ORDER DISMISSING CASE** |

On March 7, 2014, the parties filed a stipulated dismissal, ECF No. 4. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation to Agreed Order of Dismissal with Prejudice, **ECF No. 4**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   7th   day of March 2014.

                     s/Edward F. Shea
                    EDWARD F. SHEA
              Senior United States District Judge

Q:\EFS\Civil\2014\5008.stip.dism.lc1.docx

ORDER DISMISSING CASE - 1